2:24mc003

I DIALLO SEWELL AM FILING THE FOLLOWING EXHIBITS SO THAT THEY WILL BE ON RECORD WITHIN FEDERAL JURISDICTION.

*Diallo Sewell* © 32

1-22-24

JUDGE SARGUS

MAGISTRATE JUDGE DEAVERS

FILED
RICHARD W. NAGEL
CLERK OF COURT
2024 JAN 22 PM 2:26
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS



7021 0950 0001 4324 7254

**FS Number:** OH00268110752
**Date Filed:** 29 October 2022 10:10:29

*1 of 2 pages*

# UCC FINANCING STATEMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:** Diallo- Kahri: Sewell©
**PHONE NUMBER:** 614-580-9857
**EMAIL CONTACT AT FILER:** jacoleman10@outlook.com
**SEND ACKNOWLEDGEMENT TO:** DIALLO KAHRI SEWELL©
3700 PRESERVE CROSSING BLVD
GAHANNA, OH
OHIO
43230
United States

## DEBTOR INFORMATION

| | | | |
|---|---|---|---|
| **INDIVIDUAL'S SURNAME:** | Diallo Kahri Sewell, Trustee of the DIALLO KAHRI SEWELL, Irrevocable Trust 01/2022 | **FIRST PERSONAL NAME:** | Diallo Kahri Sewell |
| **ADDITIONAL NAME(S)/INITIAL(S):** | DKS | **SUFFIX:** | |
| **MAILING ADDRESS:** | 3700 PRESERVE CROSSING BLVD | | |
| **CITY:** GAHANNA | **STATE:** OHIO | **POSTAL CODE:** 43230 | **COUNTRY:** United States |

## SECURED PARTY INFORMATION

| | | | |
|---|---|---|---|
| **INDIVIDUAL'S SURNAME:** | Diallo-Kahri: Sewell | **FIRST PERSONAL NAME:** | Diallo Kahri Sewell© |
| **ADDITIONAL NAME(S)/INITIAL(S):** | | **SUFFIX:** | |
| **MAILING ADDRESS:** | 3700 PRESERVE CROSSING BLVD | | |
| **CITY:** GAHANNA, OH | **STATE:** OHIO | **POSTAL CODE:** 43230 | **COUNTRY:** United States |

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

**Collateral is:**     Held in Trust

Being administered by a Decedent's Personal Representative

## FILING TYPE

Transmitting Utility: Yes

Public Finance: No

Manufactured Home: No

Agriculture Lien: Yes

Non-Ucc Filling: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Consignee/Consignor: No

Seller/Buyer: No

Bailee/Bailor: Yes

Licensee/Licensor: No

## MISCELLANEOUS:

Inquiring party(ies) shall resort to debtor or secured party herein stated to ascertain any financial relationship between the debtor and secured party. All property or collateral is exempt from levy. Common law copyright notice, Security Agreement and hold Harmless and Indemnity Agreement are herewith registered with the Ohio Secretary of State & UCC Filing Office, debtor, paper of Instruments any/ all documents are now public record and is owned by Secured Party. All collateral described and itemized in said Security Agreement is exempt from levy. adjustment of this filing is from HJR- 192 ,Public Law 73-10 and Title 31 USC5118 prohibits Banks/ Creditors from demanding and specific specie of payment, and UCC§§1-103,1-104, Debtor is a Transmitting Utility. The Secured Party accepts the Debtors signature in accordance with U.C.C.§§3-401, 1-201(39). Violation of any of my rights under the condition spell out in this filing form will grant secured party a security interest in all User's assets, land & personal property, In the sum of $500,000.00 United States dollars per each occurrence as well as attorney fee's and court cost. in the event of a third party jointer there is a $10,000.00 jointer fee associated with incident. this UCC Financing Statement include secured party family as well as mother and father interest as well, who I am legally responsible for there affairs making them exempt from levy under the terms of this agreement. Secured Party must be satisfied within 10 calendar upon dishonor via Certified Check.
secured party signature is his intellectual property and `Diallo Kahri Sewell, have the superior claim against all others and no one has any superior claim against my intellectual property or signature than myself.



| | |
|---|---|
| File No: | SR1112036 |
| FS Number: | OH00268110752 |
| Date Filed: | 17 July 2023 08:37:21 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:** james coleman
**PHONE NUMBER:** 614-984-7021
**EMAIL CONTACT AT FILER:** jacoleman10@outlook.com
**SEND ACKNOWLEDGEMENT TO:** James Coleman
6900 Madaket Circle
Reynoldsburg
OHIO
43068
United States

**COLLATERAL CHANGE**

**INITIAL FINANCING STATEMENT FILE NUMBER: OH00268110752**

**Type of Collateral: Add Collateral**

**Indicate Collateral:**

violation of any of my rights under the condition spell out in this filing form will grant secured party a security interest in all User's assets, land & personal property in the sum of $500,000.00 dollars United States dollars per each occurrence as well as attorney fee's and court cost. In the event of a third party jointer there is a $10,000.00 jointer fee associated with the incident.

**NAME OF THE PARTY AUTHORIZING THIS AMENDMENT**

Authorized By Existing Secured Party

**INDIVIDUAL'S SURNAME:** Diallo-Kahri: Sewell     **FIRST PERSONAL NAME:** Diallo Kahri Sewell©
**ADDITIONAL NAME(S)/INITIAL(S):**                  **SUFFIX:**
**MAILING ADDRESS:** 3700 PRESERVE CROSSING BLVD
**CITY:** GAHANNA, OH  **STATE:** OHIO  **POSTAL CODE:** 43230  **COUNTRY:** United States

**MISCELLANEOUS:**

Anyone refuting any of the aforementioned and or the following issues must do so on the public record, in writing, by way of sworn affidavit under penalties of an assessment of $100,000.00 for each issue and occurrence of perjury/false and misleading information, and or unproven misleading statements/assertions. No other refuting documents will be accepted. Failure to respond within 21 days will be agreement and estoppel.
The Grantor does not waive any rights of the legal person/Legal-Name and or of JOHN DOE (or any variation thereof) or of The Grantor. The purpose of this paragraph are to demand the written delegated authority to administrate the

# STATE OF OHIO
# CERTIFICATE

## Ohio Secretary of State, Frank LaRose
### 5104376

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**DIALLO KAHRI SEWELL**

and, that said business records show the filing and recording of:

Document(s)
**FICTITIOUS NAME REGISTRATION**
    Effective Date:  08/30/2023

Document No(s):
**202324203734**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 31st day of August, A.D. 2023.

**Ohio Secretary of State**





Copyright number

00081933-1

**Received on**

2023-07-16 23:16:27

**Sole Author**

Yes

**Category**

Business > Business correspondence

**Title**

DIALLO KAHRI SEWELL/SEWELL DIALLO KAHRI/DIALLO K. SEWELL

**Description**

The Secured party signature is his intellectual property and DIALLO KAHRI SEWELL, have the superior claim against all others and no one has any superior claim against my intellectual property/ legal fiction or signature than myself. UCC Financing Statement OH00268110752 cover violation fee's.

To:
-- Secretary of State of Ohio ,
-- Your State Registrar (Jeffrey D. Mackey)

-- Secretary of State of Ohio
Frank LaRose
c/o Office of the Secretary
22 North Fourth Street
Columbus, OH 43215

## AFFIDAVIT OF OWNERSHIP

State of Ohio        )
                     )  ss.
County of Franklin   )

Re: Birth Certificate

I, the undersigned, of lawful age and being first duly sworn on oath, depose and state that I am familiar with the facts recited, and the party named in said Birth Certificate is the same party as one of the owners named in said certificate of title.

I, DIALLO KAHRI SEWELL, (heretofore and hereinafter "Claimant") having attained the age of majority and reason under divine law competent first-hand witness to the truth and facts recited below, hereby makes a claim against the corpus, all property whether real or personal, tangible or intangible, all deposit accounts blocked by reason of presumption of death of Claimant, cash, credit lines, Credit default swap, all federal funds, collateralized debt obligation, options, derivates, and futures received by the said court in the said county, state and federal for the administration of the named estate, and all estates in agency, including but not limited to DIALLO KAHRI SEWELL or by whatsoever name the said estate shall be called or charged. I hereby declare under penalty of perjury that the above information is complete, correct, and true to the best of my knowledge. By (Diallo-Kahri:Sewell), Claimant

Authorized Representative: _Diallo-Kahri:Sewell

Attachments:

Original Birth Certificate
Birth Certificate CUSIP Number

AFFIDAVIT/JURAT

Page 1 of 2

# United States of America
# State of Ohio
# Office of the Secretary of State

I, FRANK LAROSE, Secretary of State, do hereby certify that I am the duly elected, qualified and acting Secretary of State of the State of Ohio, and I further certify that

CHELSIE BUSH

a Notary Public who signed the attached document was commissioned as a Notary Public commencing on DECEMBER 6, 2022. The commission expires on DECEMBER 5, 2027.

This certification certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp, which the document bears. This certification does not imply that the contents of the document(s) are correct, nor that they have the approval of this office.



IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the official Seal of the Secretary of State of Ohio, at Columbus, Ohio, this 18th day of August, 2023.

Frank LaRose
Secretary of State

SEC40000 (Rev. 1-11)

This Affidavit/Jurat pertains to the foregoing page titled: "**AFFIDAVIT OF OWNERSHIP**"

County: Franklin )
)
State: Ohio )

I, Chelsie Bush, A Notary Public do verified by my signature below, that the man/woman Diallo K. Sewell been known to and/or showing identification card with picture. That the man/woman who now appears before me and signed his signature on the preceding page in my presence and view, and did clearly state the following out loud in <u>living voice</u> before me;: "all statements in my the foregoing pages are my truth, without intent to mislead, and given on my unlimited liability, as my sworn testimony regarding "**AFFIDAVIT OF OWNERSHIP**": [end quote]

Notary signature: Chelsie Bush

Notary printed name: Chelsie Bush

My commission expires: 12-5-2027

These pages are the sole property of I, a man/woman _Diallo Kahri Sewell ©_ ™/sm

Authorized Representative _Diallo-Kahri:Sewell_

thumbprint

Date: 7-24-2023

**CHELSIE BUSH**
Notary Public, State of Ohio
My Commission Expires
12-5-2027

Page 2 of 2

Come this day I Diallo-Kahri:Sewell Living (Man) under declaration of said Trust fully acknowledge The Registrar of Titles is authorized to receive for registration of memorials upon any outstanding certificate of title an official birth certificate pertaining to a registered owner named in said certificate of title showing the date of birth of said registered owner, providing there is attached to said birth certificate an affidavit of an affiant who states that he/she is familiar with the facts recited, stating that the party named in said birth certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate. Furthermore, properly authenticated copies or transcripts of any books, records, or papers makes it on par with the original. I hereby gift transfer and convey this certificate of title to the Secured Party known as (DIALLO KAHRI SEWELL IRREVOCABLE TRUST) it shall remain perpetual everlasting forever. There being nothing further I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Diallo-Kahri:Sewell (Living Man)

22053399-1

# United States of America



## DEPARTMENT OF STATE

## *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Ohio, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Antony J. Blinken, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-fourth day of August, 2022.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69, 22 USC 2657, 22 USC 2651a, 5 USC 301, 28 USC 1733 et seq., 8 USC 1443(f), RULE 44 Federal Rules of Civil Procedure*

Antony J. Blinken
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

United States of America

State of Ohio

Office of the Secretary of State

I, **FRANK LAROSE**, Secretary of State, do hereby certify that I am the duly elected, qualified and acting Secretary of State of the State of Ohio, and I further certify that TAWANDA M. WEEMS is the appointed and acting Registrar of the Division of Vital Statistics, Department of Health, for the city of AKRON, State of Ohio, and is the legal custodian of records such as the attached Certification of BIRTH. All official acts are entitled to full faith and credit.

This certification certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp, which the document bears. This certification does not imply that the contents of the document(s) are correct, nor that they have the approval of this office.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the official Seal of the Secretary of State of Ohio, at Columbus, Ohio, this 11th day of July, 2022.



Frank LaRose
Secretary of State

# OHIO DEPARTMENT OF HEALTH
## DIVISION OF VITAL STATISTICS
## CERTIFICATE OF LIVE BIRTH

Reg. Dist. No. **7701**
Primary Reg. Dist. No. **7701**
Registrar's No. **3835**
Birth No. **134 -**

7701.
66
5

**CHILD — NAME**
- First: Diallo
- Middle: Kahri
- Last: SEWELL
- DATE OF BIRTH: August 15, 1974, 5:42A M

**SEX:** Male
**THIS BIRTH:** Single
**COUNTY OF BIRTH:** Summit
**CITY, VILLAGE, OR LOCATION OF BIRTH:** Akron
**INSIDE CITY LIMITS:** Yes
**HOSPITAL — NAME:** Akron City Hospital

**MOTHER — MAIDEN NAME**
- First: Asenath
- Middle:
- Last: Sistrunk
- AGE (At time of this birth): 21
- STATE OF BIRTH: Ohio

**RESIDENCE — STATE:** Ohio
**COUNTY:** Summit
**CITY, VILLAGE, OR LOCATION:** Akron
**INSIDE CITY LIMITS:** Yes
**STREET AND NUMBER:** 303 Crosby Street

**FATHER — NAME**
- First: Martin
- Middle: Luther
- Last: Sewell
- AGE (At time of this birth): 24
- STATE OF BIRTH: South Carolina

**INFORMANT'S NAME OR SIGNATURE:** Asenath Sewell
**RELATION TO CHILD:** Mother

**SIGNATURE:** M E Farris
**DATE SIGNED:** 8-25-74
**ATTENDANT:** M.D.

**CERTIFIER — NAME:** Dr. Farris
**MAILING ADDRESS:** Akron, Ohio

**REGISTRAR — SIGNATURE:** Ruth J Hlucek
**DATE RECEIVED BY LOCAL REGISTRAR:** 8-29-74

Tawanda M. Weems
Local Registrar

JUL 05 2022

Tawanda M. Weems

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH.

REV. 7 2015

VERIFY PRESENCE OF ... HOLD TO LIGHT TO VIEW