UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DIALLO SEWELL** | **Case No. 2:24-mc-003**<br>**JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Elizabeth A. Preston Deavers** |

**ORDER**

On January 22, 2024, Plaintiff filed this miscellaneous action that did not include any cognizable claims nor establish how this Court has jurisdiction over the action. (ECF No. 1.) On April 1, 2024, Plaintiff filed what appears to be a divorce decree arising out of the Franklin County Court of Common Pleas Domestic Relations Division, along with documents pertaining to child support payments. (ECF No. 2.)

On April 5, 2024, this Court ordered Plaintiff to show cause within 14 days as to why the case should not be dismissed for lack of subject-matter jurisdiction. (ECF No. 3.) Plaintiff filed a response to the Order. (ECF No. 5.) Construing Plaintiff's *pro se* pleadings liberally, Plaintiff's response does not provide any basis for subject-matter jurisdiction. (*See id.*)

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **ENTER JUDGMENT** and **CLOSE** the case.

IT IS SO ORDERED.

| | |
|---|---|
| **10/4/2024**<br>**DATE** | **s/Edmund A. Sargus, Jr.**<br>**EDMUND A. SARGUS, JR.**<br>**UNITED STATES DISTRICT JUDGE** |